IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

SHAWN SIMON,

          Petitioner,

v.                               CIVIL ACTION NO. 2:04-cv-001159
                               (Criminal No. 2:01-cr-00060-02)

UNITED STATES OF AMERICA,

          Respondent.

**JUDGMENT ORDER**

In accordance with the accompanying order denying the petitioner's motion to vacate, set aside, or correct sentence, the court **ORDERS** that judgment be entered in favor of the respondent, and that this case be dismissed and stricken from the docket.

The court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and to any unrepresented party.

                ENTER:      January 17, 2006

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE